Case 05-20967   Filed 08/19/05   Doc 24



FILED

AUG 1 9 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )    Case No. 05-20967-C-7
                                   )
CLAIRE E. HAMILTON,                )    DC No. JRR-01
                                   )
                                   )
     Debtors.                      )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW
### ON TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTION

The debtor claimed $30,429 as exempt. Of that sum, $11,754 was claimed exempt under California Code of Civil Procedure § 703.149(b)(5). The trustee has no objection to that claim of exemption.

The debtor also claimed $18,675 under California Code of Civil Procedure § 703.140(b)(11)(D). The trustee objects to this claim of exemption.

The key question is whether the causes of action embodied in the Amended Complaint in case number 03-AS-04326 under California Government Code § 8547.8 and California Labor Code § 1102.5, filed in the Sacramento County Superior Court on September 8, 2003, authorizes an award of damages for "personal bodily injury" or compensation for actual pecuniary loss within the meaning California Code of Civil Procedure § 703.140(b)(11)(D).

The court is persuaded that the pertinent statutes upon

Case 05-20967    Filed 08/19/05    Doc 24

which the debtor founds her causes of actions do not permit an award that satisfies the requirements of the exemption statute. Thus, the objection to exemption will be sustained.

In addition, the court notes that the total amount of the debtor in this bankruptcy case is approximately $26,000 and that, if the cause of action has the value that the debtor asserts, the need to exempt the property may be mooted by the debtor's eligibility to distribution under 11 U.S.C. 726(a)(6).

An appropriate order will issue.

Dated: August 19, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Claire Hamilton
3910 Auburn Blvd. #60
Sacramento, CA 95821

David Fox
5650 Marconi Avenue #21
Carmichael, CA 95608-4468

Johh Roberts
P.O. Box 1506
Placerville, CA 95667-1506

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA  95814


** and all other interested parties **

Dated: 8/22/05

*Marilyn Rigsby*
Deputy Clerk